USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ROBERT A. SHAHEEN, *ET ANO*,          :          08 Civ. 4264 (SHS)

                              Plaintiffs,          :

          -against-                            :          ORDER

MORGAN STANLEY & CO., INC., *ET ANO*,          :

                              Defendants.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

 A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

 1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before August 22, 2008;

 2 There will be a pretrial conference on October 10, 2008, at 10:00 a.m.; and

 3. The last day for completion of fact discovery is January 30, 2009.

Dated: New York, New York
  July 25, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.