AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

ROBERT A. SHAHEEN and PATRICIA S. SHAHEEN,

Plaintiffs,

v.

MORGAN STANLEY & CO INC., and MORGAN STANLEY DW INC.,

Defendants.

**APPEARANCE**

Case Number: 08 Civ. 4264 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MORGAN STANLEY & CO INC., and MORGAN STANLEY DW INC.

I certify that I am admitted to practice in this court.

July 22, 2008

Date

Signature

Mark L. Parmelee                    MP5213

Print Name                          Bar Number

Greenberg Traurig LLP

Address

200 Park Avenue, New York, NY 10166

City                 State            Zip Code

(212) 801-3181                      (212) 224-6131

Phone Number                        Fax Number