UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROBERT A. SHAHEEN and PATRICIA S. SHAHEEN,

          Plaintiffs,

    -against-

MORGAN STANLEY & CO. INCORPORATED, and MORGAN STANLEY DW INC.,

          Defendants.
------------------------------------------------------------------x

08 Civ. 4264 (SHS)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc. hereby states that Morgan Stanley & Co. Incorporated is a wholly owned subsidiary of Morgan Stanley, which is a publicly-traded corporation with no parent corporation. State Street Bank and Trust Company holds, as an institutional investment manager, more than 10% of Morgan Stanley's common stock. Morgan Stanley DW Inc. was, until April 1, 2007, a wholly-owned subsidiary of Morgan Stanley. Morgan Stanley DW Inc. merged with Morgan Stanley & Co. Incorporated on April 1, 2007, with Morgan Stanley & Co. Incorporated being the surviving corporation.

Dated: July 23, 2008
       New York, New York

GREENBERG TRAURIG LLP

By: _____
Mark L. Parmelee
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 80-3181
Facsimile: (212) 224-6131
*Attorneys for Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc.*